IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARRISON L. BURTON,

       Plaintiff,                   No. 2:10-cv-2984 KJN P

   vs.

WARDEN McDONALD,            ORDER

       Defendant.

_____/

      This action was closed on August 16, 2011, due to plaintiff's failure to exhaust his administrative remedies before commencing suit. However, after entry of judgment, plaintiff filed a proposed "First Amended Complaint," wherein he states that he has now exhausted his administrative remedies. A prisoner is required to exhaust administrative remedies for claims contained within a complaint *before* the complaint is filed. See 42 U.S.C. § 1997e(a); Rhodes v. Robinson, 621 F.3d 1002, 1005 (9th Cir. 2010). Thus, plaintiff must file a new action, with a new complaint that demonstrates exhaustion of his administrative remedies.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The instant action shall remain closed, and plaintiff is instructed to file no further documents in this case; and

      2. The Clerk of Court is directed to send plaintiff a copy of his "First Amended

1

1  Complaint," filed in this action on August 29, 2011 (Dkt. No. 8), for reference purposes only; if
2  plaintiff intends to purse the contentions raised therein, he must do so in a new complaint, filed
3  in a new action.
4              SO ORDERED.
5  DATED: November 1, 2011

                                          _____
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

9  burt2984.ord